## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THAI HONG,** | : |
| **Petitioner** | : |
| | :    CIVIL ACTION NO. 3:CV-13-0317 |
| v. | : |
| | :    (Judge Mannion) |
| **THOMAS DECKER, et al.,** | : |
| **Respondents** | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. No. 1) is **DENIED**.

2. Petitioner's motion for change of venue (Doc. No. 17) is **DENIED.**[1]

3. The Clerk of Court is directed to **CLOSE** this case.

                                      s/ *Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**

**Dated: March 27, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0317-02-ORDER.wpd

---

[1] As noted by Respondent, the bond hearing result does not moot this case nor does it impact venue, as Petitioner remains subject to 8 U.S.C. §1226(c) in accordance with Sylvain. In light of the accompanying Memorandum, Petitioner may be re-detained at the York County Prison. (See Doc. No. 18).